· In the Matter of CANDELARIA GOLD AND SILVER MINING COMPANY. DAVID OBLER, Appellant; WALTER E. ERNST, as Liquidator of Candelaria Gold and Silver Mining Company, et al., Respondents.

Order affirmed, with twenty dollars costs and disbursements.

MARTIN, P. J. (dissenting). Respondent Whicher has indicated a willingness to increase his offer whenever a higher bid was made by a competitor. The final bid was not made until after the matter had been marked submitted. We are not persuaded that the proposed agreement embodies the best offer obtainable. In the circumstances, the matter should be sent to an official referee to hear all parties interested and to report the best obtainable offer.

Townley, Glennon and Callahan, JJ., concur in decision; Martin, P. J., dissents in memorandum in which Cohn, J., concurs.

Order affirmed, with twenty dollars costs and disbursements. No opinion. [See *post*, p. 1038.]

ANN BRENNAN et al., Respondents, v. THIRD AVENUE TRANSIT CORPORATION, Defendant, and PICKRODT CHEESE COMPANY, INC., et al., Defendants-Appellants. — Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LOCHIEL APARTMENTS, INC., Appellant, against WILLIAM S. MILLER et al., Constituting the Tax Commission of the City of New York, Respondents. THE PEOPLE OF THE STATE OF NEW YORK ex rel. BREMERTON APARTMENTS, INC., Appellant, against WILLIAM S. MILLER et al., Constituting the Tax Commission of the City of New York, Respondents.— Final orders, so far as appealed from, unanimously affirmed, each with ten dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

EDITH VALK, as Administratrix of the Estate of EDMUND VALK, Deceased, et al., Appellants, v. REILLY TAR & CHEMICAL CORPORATION, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon and Cohn, JJ.

In the Matter of the Accounting of R. GARFIELD SNYDER, as Executor of ANNE M. GOEBEL, Deceased. CHARLES H. WATTS, as Executor of R. GARFIELD SNYDER, Deceased, Appellant and Respondent; EMMA ZIEGLER et al., Respondents.— Decree so far as appealed from, and the order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See 269 App. Div. 656.]

WHITEHALL MERCANTILE CORPORATION, Respondent, v. JAMAICA ELLBEE FURRIERS CORP., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.